NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SHKLQUIM NEZIRI,                    )
                                    )
          Appellant,                )
                                    )
v.                                  )    Case No. 2D19-1224
                                    )
BUBBA GUMP SHRIMP                   )
CO. RESTAURANTS, INC.,              )
                                    )
          Appellee.                 )
                                    )
_____)

Opinion filed August 23, 2019.

Appeal pursuant to Fla. R. App. P.
9.130 from the Circuit Court for
Pinellas County; Keith Meyer, Judge.

Luis A. Cabassa of Wenzel Fenton
Cabassa, P.A., Tampa, for Appellant.

David S. Harvey and Jennifer C.
Manso of Lewis Brisbois Bisgaard
& Smith, LLP, Tampa, for Appellee.


PER CURIAM.


          Affirmed.


VILLANTI, ATKINSON, and SMITH, JJ., Concur.